# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSH D. BLAND,

    Plaintiff,

    v.

STATE OF CALIFORNIA, et al.,

    Defendants.

No.  2:19-CV-2100-DMC-P

ORDER

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are plaintiff's motions for leave to file a first amended complaint.  See ECF No. 18 and No. 19.

    The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B).  In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2).

/ / /

/ / /

1

1 In this case, leave of court is not required because plaintiff's original complaint has not been served and no responsive pleading or motion to dismiss has been filed.  Plaintiff's motions for leave to amend are, therefore, denied as unnecessary.  Because no amended complaint has been filed, plaintiff is cautioned that the action will proceed on plaintiff's original complaint if a first amended complaint is not filed within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  June 2, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE