IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:19-CV-2100-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

This action proceeds on Plaintiff's first amended complaint. See ECF No. 21. Plaintiff names himself and a class of 42 other inmates as plaintiffs to this action. See id. at 1. For defendants, Plaintiff names the State of California, former California Attorney General Xavier Becerra, and eight current or former Deputy Attorneys General for the State of California. See id. at 1-2. Plaintiff asserts generally that Defendants have misrepresented themselves in the context of their representation of the State of California. See generally ECF No. 21.

This lawsuit is brought by Plaintiff and a group of other inmates, apparently as a class action. Plaintiff, however, is a non-lawyer proceeding without counsel. It is well established that a layperson cannot ordinarily represent the interests of a class. See McShane v. United States, 366 F.2d 286 (9th Cir. 1966). This rule becomes effectively absolute when, as

here, the putative class representative is incarcerated and proceeding pro se. See Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975). Here, where Plaintiff is not a licensed attorney, Plaintiff cannot "fairly and adequately protect the interests of the class," as required by Rule 23(a)(4) of the Federal Rules of Civil Procedure. See Martin v. Middendorf, 420 F. Supp. 779 (D.D.C. 1976).

Plaintiff's first amended complaint will be dismissed with leave to amend to assert his own individual claims only. Plaintiff is cautioned that failure to comply with this order may result in dismissal of the entire action. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's first amended complaint, ECF No. 21, is dismissed with leave to amend;

2. Plaintiff shall file a second amended complaint on the form provided within 30 days of the date of this order; and

3. The Clerk of the Court is directed to forward to Plaintiff the Court's form civil rights complaint for state prisoners.

Dated: August 9, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE